[No. 31060-4-III.   Division Three.   October 24, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. HAROLD ALBERT WILLEY, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 12-1-00389-1, Gregory D. Sypolt, J., entered August 3, 2012. *Affirmed* by unpublished opinion per Brown, J., concurred in by Korsmo, C.J., and Fearing, J.

[No. 67500-1-I.   Division One.   October 28, 2013.]

THE CITY OF SEATTLE, *Respondent*, v. ANDREA LISTER, *Petitioner*.

Appeal from a judgment of the Superior Court for King County, No. 10-1-03976-3, Richard D. Eadie, J., entered July 1, 2011. *Reversed* and *remanded* by unpublished opinion per Dwyer, J., concurred in by Becker and Lau, JJ.

[No. 68406-0-I.   Division One.   October 28, 2013.]

FIKRETA CUTUK ET AL., *Appellants*, v. JEFFREY F. BRAY, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 10-2-04314-2, Ronald L. Castleberry, J., entered January 30, 2012. *Affirmed* by unpublished opinion per Leach, C.J., concurred in by Cox and Dwyer, JJ.

[No. 68422-1-I.   Division One.   October 28, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. EDWARD IVAN KOHLWES, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 10-1-01231-6, Janice E. Ellis, J., entered February 16, 2012. *Affirmed* by unpublished opinion per Lau, J., concurred in by Leach, C.J., and Grosse, J.